**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN RE:<br><br>1ST HOSPITALITY, LLC,<br><br>Debtor. | CASE NO. 22-41002-TLS<br>CHAPTER 11<br><br>**THIRD SUPPLEMENTAL DECLARATION OF DOMINGAS RAMOS** |

I, Domingas Ramos, declare and state as follows:

1.  I previously signed declarations in this matter dated December 9, 2022, January 12, 2023 and January 31, 2023. This declaration supplements those previous declarations.

2.  As of March 2, 2023, Unity Bank has not received any post-petition adequate protection payments from 1st Hospitality, LLC.

3.  Unity Bank has not received any payment from 1st Hospitality, LLC since July 11, 2022.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Executed this 3rd day of March, 2023, in Clinton, New Jersey.

*/s/ Domingas Ramos*
DOMINGAS RAMOS

DOCS/2935508.1